WALTER MACK, on Behalf of Himself and All Other Creditors of WILLIAM EDELL, Similarly Situated, Respondent, v. WILLIAM EDELL, Appellant, et al., Defendants. CLARENCE F. GRABB, as Receiver, Respondent, v. JOHN NICHOLS, as Receiver, Defendant, and ALBERT E. GILBERT, as Receiver, Respondent. WILLIAM J. EDELL, Appellant, v. SHIRLEY M. EDELL, Respondent. EVELYN M. EDELL, Respondent, v. WILLIAM J. EDELL, Appellant.— Upon reargument, former decision adhered to and order of this court entered February 22, 1962 (15 A D 2d 871) reinstated as the order of this court upon the reargument. (Reargument of appeal from order of Monroe Special Term settling the accounts of the receivers and distributing the moneys to the receivers and attorneys as commissions, fees and disbursements.) Present — Williams, P. J., Bastow, Halpern and McClusky, JJ.

WALTER EDWIN WILCOX, JR., Appellant, v. CHARLES W. HUNTER, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Onondaga Trial Term dismissing the complaint on the merits on a verdict of no cause of action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

WALTER GRYNIOWSKI, an Infant, by PETER GRYNIOWSKI, His Guardian ad Litem, Appellant, v. ROCHESTER GAS & ELECTRIC CORPORATION, Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment and order of Monroe Trial Term dismissing the complaint at the close of plaintiff's case. The order granted the motion for a nonsuit and dismissed the complaint.) Present — Williams, P. J., Goldman, Halpern and McClusky, JJ.

PETER GRYNIOWSKI, Appellant, v. ROCHESTER GAS & ELECTRIC CORPORATION, Respondent.— Same decision and like cause of action as in Gryniowski, v. Rochester Gas & Elec. Corp. (18 A D 2d 874).

CORA SCHIRTZ, Respondent, v. FRED WILD et al., Defendants, and ARTHUR JACOBS, Appellant.— Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal by defendant Arthur Jacobs from judgment of Onondaga Trial Term in favor of plaintiff against defendant Jacobs in an automobile negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

INEZ WILD, Respondent, v. FRED WILD et al., Defendants, and ARTHUR JACOBS, Appellant.— Same decision and like cause of action as in Schirtz v. Wild (18 A D 2d 874).